Allan Erle Vasenius, by His Next Friend, Aarne Vasenius, Plaintiff-Appellant, v. Verna Melton, Defendant-Appellee.

Gen. No. 10,817.

Second District.

August 9, 1955.

Released for publication August 29, 1955.

Healy, Newby, Cessna & Healy, for plaintiff-appellant; Eckert, Peterson & Lowry, for defendant-appellee; A. R. Peterson, Harold W. Huff, and Herbert C. Loth, Jr., of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.